IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OBIEKWE STEPHEN OKWUDIL UGOCHUKWU,** )<br>)<br>        Plaintiff,   )<br>)<br>vs.         )<br>)<br>**FRED BALLARD,** *et al.*,  )<br>)<br>        Defendants.  ) | **CIVIL NO. 06-581-DRH** |

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On August 8, 2006, the Court ordered Plaintiff to pay the $350 filing fee applicable to this action or, in the alternative, to file a properly documented motion to proceed *in forma pauperis*, within thirty days. Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED: October 6, 2006.

/s/   David RHerndon
**DISTRICT JUDGE**