IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OBIEKWE STEPHEN OKWUDIL UGOCHUKWU,**<br><br>          **Plaintiff,**<br><br>vs.<br><br>**FRED BALLARD,** *et al.***,**<br><br>          **Defendants.** | **CIVIL NO. 06-581-DRH** |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

The Court dismissed this action for Plaintiff's failure to pay the filing fee or file a motion to proceed *in forma pauperis*. Before the Court, now, is Plaintiff's motion challenging that dismissal (Doc. 32); he asserts that he did, in fact, file an *in forma pauperis* motion when he initiated this action.

No such motion appears anywhere in the docket of this action. However, after a painstaking search through every page of each document, the Court located a few pages attached to the complaint (Doc. 1, pp. 42-47) which are print-outs of Plaintiff's account activity. Such documents, standing alone, do not constitute a motion for leave to proceed *in forma pauperis*. The fact that Plaintiff may have filed such motions in other actions is irrelevant; each action must stand on its own.

However, attached to the instant motion is an actual *in forma pauperis* motion (Doc. 32-2, pp. 16-20), without any print-out of account activity. The Court infers that this submission is Plaintiff's attempt to remedy his earlier omission, which the Court accepts.

Therefore, the instant motion (Doc. 32) is **GRANTE**D.  The order closing this action (Doc. 29) is **VACATED** and **HELD FOR NAUGHT**.  The Clerk shall **REOPEN** this case.

After reopening the case, the Clerk shall **FILE** Plaintiff's *in forma pauperis* motion (Doc. 32-2, pp. 16-20), as a separate document.

**IT IS SO ORDERED.**

**DATED:   September 26, 2007.**

/s/      DavidRHerndon

**DISTRICT JUDGE**