IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| OBIEKWE STEPHEN OKWUDIL UGOCHUKWU, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | CIVIL NO. 06-581-DRH |
| vs. | ) ) | |
| FRED BALLARD, *et al.*, | ) ) | |
| Defendants. | ) | |

## JUDGMENT

Following notification from Plaintiff's former custodian of Plaintiff's deportation to his country of origin, and with no communication from Plaintiff in over a year:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to prosecute.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

December 7, 2007          By: DavidRHerndon
*Date*          *Chief Judge*